BRAKE v. HARPER

No. 82 PC.

Case below: 8 N.C. App. 327.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 12 June 1970.

EPPS v. MILLER

No. 73 PC.

Case below: 7 N.C. App. 656.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 24 June 1970.

MARKETING SYSTEMS v. REALTY CO.

No. 77 PC.

Case below: 8 N.C. App. 43.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 12 June 1970.

MEEKS v. ATKESON

No. 61 PC.

Case below: 7 N.C. App. 631.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 12 June 1970.

HIGHWAY COMMISSION v. REEVES

No. 78 PC.

Case below: 8 N.C. App. 47.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 24 June 1970.

IN RE WHICHARD

No. 15.

Case below: 8 N.C. App. 154.

Motion of Attorney General to dismiss appeal allowed and petition for stay of execution denied 24 June 1970.